F. J. Hammond, Administrator of and for the estate of Samuel Hawthorne, deceased, and Mrs M. A. McFadden, as Executrix of the last will and testament of Ella Hawthorne, deceased, and in her own right, Appellants, vs. Charles F. Spaulding, Appellee.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile, for Appellants.

W. W. Hampton, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.